Bullock *v.* Bullock.

(In Banc.   Jan. 27, 1947.)

[29 So. (2d) 79.   No. 36253.]

T. J. Willis, of Hattiesburg, for appellant.

**Stevens & Cannada,** of Jackson, for appellee.

PER CURIAM. This appeal will be dismissed for failure of prosecution, and the appellee will be awarded, in addition to costs and statutory penalty, a judgment of $50, attorney's fee, and $220 due her on January 1, 1947, as support money, awarded her in the court below, aggregating $270, and not paid by the appellant; also the sum of $50 as an attorney's fee in the Supreme Court.